United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 19-13879-amc
Thomas E. Reitnauer                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: BarbaraS          Page 1 of 1            Date Rcvd: Aug 12, 2019
                              Form ID: 152            Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.
```
db              +Thomas E. Reitnauer,    112 N. Mill Street,    Birdsboro, PA 19508-2026
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,   3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14343199        +Apex Community Fcu,    540 Old Redding Pike,    Stowe, PA 19464-3732
14343203        +KML Law Group,    Suite 6000 BNY Mellon Ind. Center,    701 Market Street,
                  Philadelphia, PA 19106-1538
14351166        +METROPOLITAN LIFE INSURANCE COMPANY,    C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                  701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2019 03:42:04
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2019 03:42:37     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14343200        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 13 2019 03:42:38
                  Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1837
14343202        +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 13 2019 03:43:11     Credit Collections,
                  Po Box 607,    Norwood, MA 02062-0607
14343204        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2019 04:00:08      Lvnv Funding Llc,
                  Po Box 10497,    Greenville, SC 29603-0497
                                                                                               TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14343201         Beverly Reitnauer,    Unknown
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:
```
              JOSEPH L QUINN    on behalf of Debtor Thomas E. Reitnauer CourtNotices@rqplaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    METROPOLITAN LIFE INSURANCE COMPANY
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Thomas E. Reitnauer
    Debtor(s)

Case No: 19−13879−amc
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/3/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

10
Form 152