Certificate Number: 05781-PAE-DE-033630646

Bankruptcy Case Number: 19-13879



05781-PAE-DE-033630646

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 30, 2019, at 1:56 o'clock PM PDT, Thomas Reitnauer completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 31, 2019        By:    /s/Allison M Geving

Name:  Allison M Geving

Title:   President