IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Thomas E. Reitnauer,              :        Chapter 13
        Debtor                       :        Bankruptcy No.: 19-13879-amc

_____

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed November 4, 2019 was forwarded to the following parties, as follows:

*via Electronic Filing (ECF on November 4, 2019:*

Rebecca Ann Solarz, Esquire on behalf of Metropolian Life Insurance Company c/o Bayview Loan Servicing, LLC
bkgroup@kmllawgroup.com

Rolando Ramos-Cardona, Esquire on behalf of Trustee Scott F. Waterman (Chapter 13)
ecfmail@readingch13.com, ecf_frpa@trustee13.com

Scott Waterman, Esquire
ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                   **ROSS, QUINN & PLOPPERT, P.C.**

                     By:    */s/ Joseph Quinn*_____
                           Joseph Quinn, Esquire
                           Attorney I.D. No. 307467
                           192 S. Hanover Street, Suite 101
                           Pottstown, PA 19464
                           T: 610.323.5300
                           F: 610.323.6081
                           jquinn@rqplaw.com
Date:  November 4, 2019         Counsel for Debtor