# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas E. Reitnauer aka Thomas Eugene Reitnauer | |
| Debtor(s) | CHAPTER 13 |
| METROPOLITAN LIFE INSURANCE COMPANY, its successors and/or assigns | |
| Movant | |
| vs. | NO. 19-13879 AMC |
| Thomas E. Reitnauer aka Thomas Eugene Reitnauer | |
| Debtor(s) | |
| Scott Waterman | |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of METROPOLITAN LIFE INSURANCE COMPANY, which was filed with the Court on or about **August 21, 2019, docket number 12**.

Respectfully submitted,

By: **/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant

November 18, 2019