| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-13879-PMM

THOMAS E. REITNAUER  
112 N. MILL STREET  
BIRDSBORO  PA  19508

Petition Filed Date: 06/17/2019  
341 Hearing Date: 08/20/2019  
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/31/2019 | $180.00 | 501911644 | 09/04/2019 | $175.00 | 5019116472 | 10/15/2019 | $250.00 | 5019116535 |
| 11/20/2019 | $250.00 | 5019116607 | 01/13/2020 | $250.00 | 5019116652 | 02/18/2020 | $285.00 | 5019116715 |
| 02/18/2020 | $288.00 | 5019116643 | 03/17/2020 | $285.00 | 5019116760 | 04/06/2020 | $285.00 | 5019116823 |
| 05/18/2020 | $285.00 | 5019116967 | 07/21/2020 | $285.00 | 5021294040 | 07/21/2020 | $285.00 | 5021294103 |

**Total Receipts for the Period: $3,103.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,103.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,775.00 | $2,300.59 | $1,474.41 |
| 1 | BAYVIEW LOAN SERVICING »» 001 | Mortgage Arrears | $11,247.69 | $0.00 | $11,247.69 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,103.00 | Current Monthly Payment: | $288.00 |
| Paid to Claims: | $2,300.59 | Arrearages: | $101.00 |
| Paid to Trustee: | $289.41 | Total Plan Base: | $16,740.00 |
| Funds on Hand: | $513.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.