Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-13879-PMM**

THOMAS E. REITNAUER  
112 N. MILL STREET  
BIRDSBORO  PA   19508

Petition Filed Date: 06/17/2019  
341 Hearing Date: 08/20/2019  
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $250.00 | 5019116652 | 02/18/2020 | $285.00 | 5019116715 | 02/18/2020 | $288.00 | 5019116643 |
| 03/17/2020 | $285.00 | 5019116760 | 04/06/2020 | $285.00 | 5019116823 | 05/18/2020 | $285.00 | 5019116967 |
| 07/21/2020 | $285.00 | 5021294040 | 07/21/2020 | $285.00 | 5021294103 | 09/03/2020 | $285.00 | 5021294166 |
| 09/25/2020 | $285.00 | 5021294193 | 11/03/2020 | $285.00 | 5021294220 | 12/01/2020 | $285.00 | 5021294256 |
| 01/11/2021 | $285.00 | 5021294292 | 01/25/2021 | $285.00 | 5014885968 | 03/03/2021 | $285.00 | 5021294301 |
| 03/26/2021 | $285.00 | 5021294337 | 04/26/2021 | $285.00 | 5021294391 | 05/26/2021 | $285.00 | 5021294454 |

**Total Receipts for the Period:  $5,098.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $5,953.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,775.00 | $3,775.00 | $0.00 |
| 1 | COMMUNITY LOAN SERVICING LLC  »»  001 | Mortgage Arrears | $11,247.69 | $1,406.94 | $9,840.75 |

**Chapter 13 Case No. 19-13879-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,953.00 | Current Monthly Payment: | $288.00 |
| Paid to Claims: | $5,181.94 | Arrearages: | $131.00 |
| Paid to Trustee: | $514.56 | Total Plan Base: | $16,740.00 |
| Funds on Hand: | $256.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.