| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-13879-PMM

THOMAS E. REITNAUER
112 N. MILL STREET
BIRDSBORO  PA    19508

Petition Filed Date: 06/17/2019
341 Hearing Date: 08/20/2019
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $285.00 | 5021294391 | 05/26/2021 | $285.00 | 5021294454 | 06/22/2021 | $285.00 | 5021294463 |
| 08/03/2021 | $300.00 | 5021294508 | 08/13/2021 | $300.00 | 5021294517 | 09/29/2021 | $300.00 | 5021294580 |
| 10/13/2021 | $300.00 | 5021294625 | 11/30/2021 | $300.00 | 5021294688 | 12/28/2021 | $300.00 | 5021294706 |
| 01/11/2022 | $300.00 | 1768128498 | 02/07/2022 | $343.00 | 5021294787 | 03/10/2022 | $365.00 | 5021294823 |
| 04/12/2022 | $365.00 | 5021294868 | 05/04/2022 | $365.00 | 5021294904 | 06/17/2022 | $360.00 | 1815948828 |
| 07/13/2022 | $397.12 | 1815949143 | | | | | | |

**Total Receipts for the Period: $5,150.12    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,533.12**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,775.00 | $3,775.00 | $0.00 |
| 1 | COMMUNITY LOAN SERVICING LLC<br>»»  001 | Mortgage Arrears | $11,247.69 | $5,853.45 | $5,394.24 |

**Chapter 13 Case No. 19-13879-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,533.12 | Current Monthly Payment: | $288.00 |
| Paid to Claims: | $9,628.45 | Arrearages: | ($417.12) |
| Paid to Trustee: | $904.67 | Total Plan Base: | $16,740.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.