IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: THOMAS REITNAUER<br>  *a/k/a Thomas Eugene Reitnauer*<br>  Debtor, | BANKRUPTCY CASE NUMBER<br>19-13879 - PMM |
| NATIONSTAR MORTGAGE LLC AS SERVICER FOR METROPOLITAN LIFE<br>  Movant.<br>v. | CHAPTER 13 |
| THOMAS REITNAUER<br>*a/k/a Thomas Eugene Reitnauer*<br>  Debtor/Respondent, | |
| BEVERLY REITNAUER<br>  (Non-filing Co-Debtor), | |
| SCOTT WATERMAN, Trustee<br>  Additional Respondent. | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

  Nationstar Mortgage LLC as Servicer for Metropolitan Life has filed a Motion for Relief, with the Court for relief from the automatic stay.

  1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

  2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before October 31, 2022 **you or your attorney file a response to the Motion**.

  3. A hearing on the motion is scheduled to be held before the HONORABLE PATRICIA M. MAYER on November 8, 2022 at 10:00am in the 4th Floor Courtroom, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601. **Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.**

  4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

  5. You may contact the Bankruptcy Clerk's office for Reading cases at (610)208-5040 to find out whether the hearing has been canceled because no one filed a response.

      6.      If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

      7.      If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

      8.      **If you are not required to file electronically,** you must file your response at: United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601.

      9.      If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

      10.      On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

            Christopher A. DeNardo 78447
            Lorraine Gazzara Doyle  34576
            LOGS Legal Group LLP
            3600 Horizon Drive
            Suite 150
            King of Prussia, PA 19406
            Phone: (610) 278-6800
            Fax: (847) 954-4809

Date:  10-12-2022