5 Reitnauer Stipulation Bankruptcy Case # 19-13879 - PMM

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Reitnauer a/k/a Thomas Eugene Reitnauer<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>19-13879 - PMM |
| Nationstar Mortgage LLC as servicer for Metropolitan Life<br>    Movant.<br>v.| CHAPTER 13<br><br>11 U.S.C. § 362 |
| Thomas Reitnauer a/k/a Thomas Eugene Reitnauer<br>    Debtor/Respondent, | |
| Scott Waterman, Trustee<br>    Additional Respondent. | |

### ORDER

AND NOW, this __14th__ day of __February__, 2023, upon consideration of the Stipulation entered between Debtor and Movant, it is hereby ORDERED that the foregoing Stipulation is hereby APPROVED and entered as an ORDER of Court.

BY THE COURT:

*Patricia M. Mayer*

HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE