United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 19-13879-pmm
Thomas E. Reitnauer | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Feb 14, 2023 | Form ID: pdf900 | Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thomas E. Reitnauer, 112 N. Mill Street, Birdsboro, PA 19508-2026 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Feb 15 2023 00:18:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 15 2023 00:18:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2023 at the address(es) listed below:

**Name            Email Address**

BRIAN CRAIG NICHOLAS
           on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHRISTOPHER A. DENARDO
           on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY logsecf@logs.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 14, 2023 | Form ID: pdf900 | Total Noticed: 3 |

JOSEPH L QUINN
    on behalf of Debtor Thomas E. Reitnauer CourtNotices@rqplaw.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY ldoyle@logs.com cistewart@logs.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas Reitnauer a/k/a Thomas Eugene Reitnauer<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>19-13879 - PMM |
| Nationstar Mortgage LLC as servicer for Metropolitan Life<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Thomas Reitnauer a/k/a Thomas Eugene Reitnauer<br>    Debtor/Respondent, | |
| Scott Waterman, Trustee<br>    Additional Respondent. | |

## ORDER

AND NOW, this __14th__ day of __February__, 2023, upon consideration of the Stipulation entered between Debtor and Movant, it is hereby ORDERED that the foregoing Stipulation is hereby APPROVED and entered as an ORDER of Court.

BY THE COURT:

_Patricia M. Mayer_
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE