

**LOGS Legal Group LLP**
Attorneys at Law

3600 Horizon Drive, Suite 150
King of Prussia, Pennsylvania 19406
Tel: (610) 278-6800 • Fax: (610) 278-9980

**Partners**
Gerald M. Shapiro (licensed in FL, IL)
David S. Kreisman (licensed in IL)

**Managing Partner**
Christopher A. DeNardo (licensed in NJ, NY, PA)

June 16, 2023

United States Bankruptcy Court
For the Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

Re:    Attorney Lorraine Gazzara Doyle
       Withdrawal & Entry of Appearance

Dear Sir or Madam:

We respectfully request the withdrawal of the appearance for Attorney Lorraine Gazzara Doyle
for the attached list of cases. Please also enter the appearance of Attorney Christopher A. DeNardo
in the attached list of cases as well.

Thank you for your anticipated assistance in this matter.

Very truly yours,
LOGS LEGAL GROUP LLP

Cindy Stewart
Legal Assistant

_____
Christopher A. DeNardo, Esquire
Bar ID #78447

Lorraine Gazzara Doyle, Esquire
Bar ID #34576

# Exhibit "A"

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| Pending Cases for: | GAZZARA DOYLE   LORRAINE | , | Logs Legal Group, LLP | Bar Id:  34576 | Prid:  469,609 | terminated | case terminated |
|---|---|---|---|---|---|---|---|

*Total Pending cases for this attorney:*   **189**   *as of:*   *06/20/2023*   *8:55:29 am*

| Chapter | Judge | Case Number | Title | Date filed |
|---|---|---|---|---|
| 13 | mdc | 16-12176-mdc | Troy S. Kane | 3/30/2016 |
| | | Party represented: | cr | Bank of America, N.A. |
| | | | | 3/30/2016 |
| | | Party represented: | cr | NATIONSTAR MORTGAGE LLC |
| 13 | mdc | 16-17717-mdc | Tia S. El | 11/1/2016 |
| | | Party represented: | cr | Nationstar Mortgage LLC |
| 13 | mdc | 16-18815-mdc | David Phan | 12/28/2016 |
| | | Party represented: | cr | Nationstar Mortgage LLC |
| 13 | mdc | 17-17028-mdc | Lawrence J Marino, Jr. | 10/17/2017 |
| | | Party represented: | cr | Lakeview Loan Servicing, LLC |
| 13 | amc | 17-17127-amc | Zukaa R. Alalawi | 10/20/2017 |
| | | Party represented: | cr | HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-CW1, Asset Backed Pass-Through Certificates |
| 13 | amc | 18-10207-amc | Annette Benson | 1/11/2018 |
| | | Party represented: | cr | Bonifera, LLC |
| | | | | 1/11/2018 |
| | | Party represented: | cr | Land Home Financial Services, Inc. |
| 13 | mdc | 18-10887-mdc | Jonathan C Eldredge and Erin R Eldredge | 2/8/2018 |
| | | Party represented: | cr | Nationstar Mortgage LLC d/b/a Mr. Cooper |

| 13 | amc | 18-10926-amc | Lori... | | |
| | | | Party represented: | cr | *Carrington Mortgage Services, LLC, et al.* |
| 13 | amc | 18-11437-amc | Darrin Johnson | | 3/2/2018 |
| | | | Party represented: | cr | *Carrington Mortgage Services, LLC, et al.* |
| 13 | mdc | 18-11598-mdc | Joangel Aletriz and Lillian Rosa-Neives | | 3/8/2018 |
| | | | Party represented: | cr | *JPMORGAN CHASE BANK, N.A.* |
| 13 | amc | 18-11659-amc | Tracye T Turk and Tracey Qualls-Turk | | 3/10/2018 |
| | | | Party represented: | cr | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |
| 13 | mdc | 18-11662-mdc | David T. Wilder | | 3/10/2018 |
| | | | Party represented: | cr | *Rushmore Loan Management Services LLC* |
| 13 | mdc | 18-11732-mdc | Ida L Castellano | | 3/14/2018 |
| | | | Party represented: | cr | *Nationstar Mortgage LLC as servicer for USAA Federal Savings Bank* |
| 13 | amc | 18-11831-amc | Pamela Ross | | 3/17/2018 |
| | | | Party represented: | cr | *Carrington Mortgage Services, LLC* |
| 13 | amc | 18-12219-amc | Wilma Marie Coder | | 4/2/2018 |
| | | | Party represented: | cr | *Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F* |
| 13 | amc | 18-12387-amc | Taneesha Jones and Lamont Jones | | 4/10/2018 |
| | | | Party represented: | cr | *NATIONSTAR MORTGAGE LLC* |
| | | | | | 4/10/2018 |
| | | | Party represented: | cr | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | amc | 18-12695-amc | Cynthia M. Jones | | 4/23/2018 |
| | | | Party represented: | cr | *Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC* |

| 13 | pmm | 18-12761-pmm | Catherine A. Pierce | | |
| --- | --- | --- | --- | --- | --- |
| | | | *Party represented:* | *cr* | *Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-8* |
| 13 | amc | 18-13060-amc | Lemond C Adams and Susan R Lipson | 5/7/2018 | |
| | | | *Party represented:* | *cr* | *Andrews Federal Credit Union* |
| 13 | mdc | 18-13260-mdc | Jeffrey N Bemiss | 5/15/2018 | |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC* |
| 13 | amc | 18-13881-amc | Santiago M. Espaillat-Diaz and Lydia Espaillat | 6/8/2018 | |
| | | | *Party represented:* | *cr* | *Carrington Mortgage Services, LLC, et al...* |
| 13 | amc | 18-13883-amc | Stephen Mangiaracina | 6/9/2018 | |
| | | | *Party represented:* | *cr* | *Carrington Mortgage Services, LLC as servicer for JP MORGAN CHASE BANK, NATIONAL ASSOCIATION* |
| 13 | mdc | 18-14435-mdc | Patrick J. Dooney and Denise J. Dooney | 7/2/2018 | |
| | | | *Party represented:* | *cr* | *DEUTSCHE BANK NATIONAL TRUST COMPANY, FORMERLY KNOWN AS BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE OF VENDEE MORTGAGE TRUST 2000-1* |
| 13 | mdc | 18-14579-mdc | Donovan J Adams | 7/10/2018 | |
| | | | *Party represented:* | *cr* | *NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER* |
| | | | | 7/10/2018 | |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC* |
| 13 | pmm | 18-15178-pmm | Jamie L. Hitchens | 8/6/2018 | |
| | | | *Party represented:* | *cr* | *NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER* |
| 13 | amc | 18-15418-amc | Aman Daniels | 8/15/2018 | |
| | | | *Party represented:* | *cr* | *NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER* |
| 13 | mdc | 18-16321-mdc | Marcos A Gonzalez | 9/24/2018 | |
| | | | *Party represented:* | *cr* | *Deutsche Bank National Trust Company, as Trustee on behalf of HSI ASSET SECURITIZATION CORPORATION T* |

| 13 | pmm | 18-17297-pmm | Gloria Lynn Romanski | |
| | | Party represented: | cr | *Rushmore Loan Management Services LLC* |

| 13 | mdc | 18-17686-mdc | Robert M. Brody | 11/19/2018 |
| | | Party represented: | cr | *Carrington Mortgage Services, LLC as servicer for Wilmington Savings Fund Society, FSB, as Trustee of Quercus Mortgage Investment Trust* |

| 13 | mdc | 18-17716-mdc | Carolyn Cobb | 11/21/2018 |
| | | Party represented: | cr | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | mdc | 18-18465-mdc | Charles J Weingard | 12/31/2018 |
| | | Party represented: | cr | *Nationstar Mortgage LLC D/B/A Mr. Cooper* |

| 13 | amc | 19-10121-amc | Deborah A Jones | 1/8/2019 |
| | | Party represented: | cr | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | pmm | 19-10365-pmm | Angelica Peguero | 1/21/2019 |
| | | Party represented: | cr | *Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank Nati* |

| 13 | amc | 19-10375-amc | Robin Slater | 1/22/2019 |
| | | Party represented: | cr | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |

| 13 | mdc | 19-11044-mdc | Fred L Rogers, Jr. and Ellen T Rogers | 2/20/2019 |
| | | Party represented: | cr | *WILMINGTON Trust, NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST* |

| 13 | amc | 19-11146-amc | Eduardo Chipollini and Miriam E Alva | 2/25/2019 |
| | | Party represented: | cr | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |
| | | | | 2/25/2019 |
| | | Party represented: | cr | *MEB Loan Trust VII* |

| 13 | pmm | 19-11220-pmm | Prie...W.19-113879-pmm | | | |
| | | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | mdc | 19-11386-mdc | Robert A. LaRosa | | 3/6/2019 | |
| | | | *Party represented:* | *cr* | | *Federal Home Loan Mortgage Corporation* |
| 13 | pmm | 19-11555-pmm | Richard Deal and Melissa Deal | | 3/14/2019 | |
| | | | *Party represented:* | *cr* | | *U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2007-GEL2* |
| 13 | mdc | 19-12445-mdc | Edward Aponte and Marilyn Aponte | | 4/16/2019 | |
| | | | *Party represented:* | *cr* | | *Rushmore Loan Management Services LLC* |
| 13 | pmm | 19-12508-pmm | Luis Vargas and Madeline Vargas | | 4/18/2019 | |
| | | | *Party represented:* | *cr* | | *U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill* |
| 13 | amc | 19-13116-amc | Francis A. Maguire and Carolyn R. Maguire | | 5/13/2019 | |
| | | | *Party represented:* | *cr* | | *LAKEVIEW LOAN SERVICING C/O FLAGSTAR BANK F.S.B.* |
| 13 | pmm | 19-13879-pmm | Thomas E. Reitnauer | | 6/17/2019 | |
| | | | *Party represented:* | *cr* | | *METROPOLITAN LIFE INSURANCE COMPANY* |
| 13 | amc | 19-14054-amc | Simone H. Blake | | 6/26/2019 | |
| | | | *Party represented:* | *cr* | | *Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Captial I Inc. Trust 2007-NC3 Mortgage Pass-Through Certificates, Series 2007-NC3* |
| | | | *Party represented:* | *cr* | 6/26/2019 | *Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Deutsche Bank National Trust Company as Trustee for Morgan Stanley ABS Captial I Inc. Trust 2007-NC3 Mortgage Pass-Through Certificates, Series* |
| 13 | mdc | 19-14220-mdc | Annette Lightner | | 7/1/2019 | |

| 13 | amc | 19-15144-amc | Nathaniel F Mallory | | 8/15/2019 |
|---|---|---|---|---|---|
| | | *Party represented:* | *cr* | | *Rushmore Loan Management Services, LLC* |
| 13 | mdc | 19-15349-mdc | Anthony G Davenport | | 8/27/2019 |
| | | *Party represented:* | *cr* | | *JPMORGAN CHASE BANK, N.A.* |
| 13 | mdc | 19-15621-mdc | Maureen Anita Flanders | | 9/10/2019 |
| | | *Party represented:* | *cr* | | *American Heritage FCU* |
| 13 | mdc | 19-15666-mdc | Barry W Wyche | | 9/11/2019 |
| | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC* |
| | | | | | 9/11/2019 |
| | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC D/B/A Mr. Cooper* |
| 13 | pmm | 19-15842-pmm | Timothy H. Stump and Kelly A. Stump | | 9/18/2019 |
| | | *Party represented:* | *cr* | | *Lakeview Loan Servicing, LLC* |
| 13 | pmm | 19-16331-pmm | Andraya L. Cox | | 10/8/2019 |
| | | *Party represented:* | *cr* | | *Carrington Mortgage Services, LLC* |
| 13 | mdc | 19-16391-mdc | Kia M. Callands | | 10/10/2019 |
| | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | amc | 19-16490-amc | Sevdil Amzaji | | 10/16/2019 |
| | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC* |
| 13 | pmm | 19-16964-pmm | Michael J. McCrystal | | 11/5/2019 |
| | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC* |
| 13 | pmm | 19-17330-pmm | Shawn David Lawrence | | 11/21/2019 |
| | | *Party represented:* | *cr* | | *Bankunited N.A.* |

| 13 | mdc | 19-17350-mdc | Christopher B. Lipman L. Boyd | |
| | | | Party represented: | cr |

*Jpmorgan Chase Bank, National Association*

| 13 | amc | 19-17726-amc | Michael James Griffith and Jennifer Lee Griffith | |
| | | | Party represented: | cr |

12/11/2019

*Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for US Bank National Assocaition, not in ites indivdual capacity but soley as Trustee for the CIM Trust 2017-8 Mortgage-Backed Notes, Series 2017-8*

| 13 | pmm | 19-17864-pmm | Rita L. Willis | |
| | | | Party represented: | cr |

12/18/2019

*JPMORGAN CHASE BANK, N.A.*

| 13 | amc | 19-17868-amc | Sharon D. Lomax | |
| | | | Party represented: | cr |

12/18/2019

*NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER*

| 13 | amc | 19-17890-amc | John J. Phillips and Jenifer M. Phillips | |
| | | | Party represented: | cr |

12/19/2019

*Nationstar Mortgage LLC*

| 13 | amc | 20-10163-amc | Dallas F Walters, Jr | |
| | | | Party represented: | cr |

1/9/2020

*Lakeview Loan Servicing, LLC*

| 13 | mdc | 20-10178-mdc | Beverly Towns | |
| | | | Party represented: | cr |

1/10/2020

*SPECIALIZED LOAN SERVICING LLC*

| 13 | amc | 20-10265-amc | Sherman W Christopher and Ethel Christopher | |
| | | | Party represented: | cr |

1/15/2020

*Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A.*

| 13 | mdc | 20-10856-mdc | Shawn M. O&#039;Leary | |
| | | | Party represented: | cr |

2/12/2020

*MATRIX FINANCIAL SERVICES CORPORATION*

| | | | Party represented: | cr |

2/12/2020

*Matrix Financial Services Corporation LLC enote vesting-Nationstar Mortgage LLC d/b/a Mr. Cooper*

| 13 | amc | 20-10862-amc | Jennifer L Moore | |
| | | | Party represented: | cr |

2/12/2020

*Nationstar Mortgage LLC as servicer for Bank of America, N.A*

| 13 | mdc | 20-10957-mdc | Michael O. Johnson and Deanna Johnson | 1/19/2020 |
| | | | *Party represented:* *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | amc | 20-11003-amc | Vadim Likhonos and Olga Feldfuks | 2/19/2020 |
| | | | *Party represented:* *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | amc | 20-11276-amc | William F. Mack | 2/29/2020 |
| | | | *Party represented:* *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |
| 13 | mdc | 20-11624-mdc | Jean M Vandegrift | 3/16/2020 |
| | | | *Party represented:* *cr* | *NATIONSTAR MORTGAGE LLC* |
| 13 | pmm | 20-12128-pmm | Gregory Scott Long and Laura Marie Long | 4/27/2020 |
| | | | *Party represented:* *cr* | *Lakeview Loan Servicing LLC* |
| 13 | amc | 20-12817-amc | Niconnia M Headen | 6/29/2020 |
| | | | *Party represented:* *cr* | *Carrington Mortgage Services, LLC* |
| | | | | 6/29/2020 |
| | | | *Party represented:* *cr* | *Carrington Mortgage Services, LLC, et al...* |
| 13 | mdc | 20-13237-mdc | Sharon A Merriweather | 8/3/2020 |
| | | | *Party represented:* *cr* | *Broker Solutions Inc., d/b/a New American Funding* |
| 13 | mdc | 20-14002-mdc | Neal R Hood | 10/7/2020 |
| | | | *Party represented:* *cr* | *Lakeview Loan Servicing, LLC* |
| | | | | 10/7/2020 |
| | | | *Party represented:* *cr* | *Lakeview Loan Servicing, LLC as serviced by Community Loan Servicing, LLC* |
| 13 | pmm | 20-14758-pmm | Robert C. Stoltzfus, Jr. and Samantha J. Stoltzfus | 12/16/2020 |
| | | | *Party represented:* *cr* | *NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER* |
| 13 | pmm | 20-14772-pmm | Daniel E Feldstein | 12/17/2020 |
| | | | *Party represented:* *cr* | *American Heritage Federal Credit Union* |

| 13 | pmm | 21-10192-pmm | Michael Jules Fernandez Schaffer | |
|----|-----|--------------|----------------------------------|--|
| | | | *Party represented:* | *cr* |
| | | | | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |

| 13 | pmm | 21-10646-pmm | Keisha L Rivera | |
|----|-----|--------------|-----------------|--|
| | | | | 3/16/2021 |
| | | | *Party represented:* | *cr* |
| | | | | *Specialize Loan Servicing, LLC* |

| 13 | amc | 21-10945-amc | Tammie Bell | |
|----|-----|--------------|-------------|--|
| | | | | 4/8/2021 |
| | | | *Party represented:* | *cr* |
| | | | | *LAKEVIEW LOAN SERVICING, LLC* |

| 13 | pmm | 21-11123-pmm | Jessica Lynn Tirado | |
|----|-----|--------------|---------------------|--|
| | | | | 4/23/2021 |
| | | | *Party represented:* | *cr* |
| | | | | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | pmm | 21-11495-pmm | David F. Laforest and Julyn P. Laforest | |
|----|-----|--------------|------------------------------------------|--|
| | | | | 5/25/2021 |
| | | | *Party represented:* | *cr* |
| | | | | *JPMorgan Chase Bank, National Association* |

| 13 | amc | 21-12675-amc | Larry E. Robinson | |
|----|-----|--------------|-------------------|--|
| | | | | 9/29/2021 |
| | | | *Party represented:* | *cr* |
| | | | | *Nationstar Mortgage LLC* |

| 13 | mdc | 21-12724-mdc | Djeffly Dinvil | |
|----|-----|--------------|----------------|--|
| | | | | 10/4/2021 |
| | | | *Party represented:* | *cr* |
| | | | | *Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-SD1* |

| 13 | mdc | 21-13256-mdc | Michelle Lee Hillgrube | |
|----|-----|--------------|------------------------|--|
| | | | | 12/9/2021 |
| | | | *Party represented:* | *cr* |
| | | | | *NATIONSTAR MORTGAGE LLC* |

| 13 | amc | 21-13339-amc | Tracy Nicole Arrington | |
|----|-----|--------------|------------------------|--|
| | | | | 12/19/2021 |
| | | | *Party represented:* | *cr* |
| | | | | *U.S. Bank National Association, as Trustee, for Merrill Lynch Mortgage Investors Trust, Mortgage Loa* |

| 13 | pmm | 22-10148-pmm | Robin Lynn Ganchoso and Victor Hugo Ganchoso | |
|----|-----|--------------|----------------------------------------------|--|
| | | | | 1/21/2022 |
| | | | *Party represented:* | *cr* |
| | | | | *Carrington Mortgage Services, LLC* |

| 13 | amc | 22-10321-amc | Nathan J. Weaver | |
|----|-----|--------------|------------------|--|
| | | | | 2/10/2022 |

| 13 | | | | *...ion, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank Natio* |
| | | | | 2/10/2022 |
| | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper as Servicer for U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to* |
| 13 | pmm | 22-10326-pmm | Del Francis Mintz | 2/10/2022 |
| | *Party represented:* | | *cr* | *American Heritage Federal Credit Union* |
| 13 | mdc | 22-10571-mdc | Steven J. Schuster, Jr. | 3/7/2022 |
| | *Party represented:* | | *cr* | *Nationstar Mortgage LLC* |
| 13 | amc | 22-10618-amc | Jeremy David Palmer | 3/13/2022 |
| | *Party represented:* | | *cr* | *Carrington Mortgage Services, LLC* |
| 13 | pmm | 22-10700-pmm | Kelley Anne Jefferis | 3/22/2022 |
| | *Party represented:* | | *cr* | *NATIONSTAR MORTGAGE LLC* |
| 13 | amc | 22-10845-amc | Paul Labrake | 4/1/2022 |
| | *Party represented:* | | *cr* | *American Heritage FCU* |
| 13 | amc | 22-10973-amc | Michael A Damico and Hedy Damico | 4/14/2022 |
| | *Party represented:* | | *cr* | *Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F* |
| 13 | mdc | 22-11020-mdc | Richard Thurston | 4/21/2022 |
| | *Party represented:* | | *cr* | *Reverse Mortgage Funding LLC* |
| 13 | pmm | 22-11157-pmm | Chad E. Kennedy | 5/3/2022 |
| | *Party represented:* | | *cr* | *NATIONSTAR MORTGAGE LLC* |
| 13 | pmm | 22-11253-pmm | Michael J. Aston and Linda L. Aston | 5/16/2022 |
| | *Party represented:* | | *cr* | *Nationstar Mortgage LLC d/b/a Mr. Cooper* |

| 13 | mdc | 22-11318-mdc | Steven Whack | 5/20/2022 |
| | | Party represented: | cr | *NATIONSTAR MORTGAGE LLC* |
| 13 | amc | 22-11319-amc | Phyllis A. McCowan | 5/22/2022 |
| | | Party represented: | cr | *Bank UNITED N.A.* |
| 13 | amc | 22-11395-amc | Gennady Krechner | 5/31/2022 |
| | | Party represented: | cr | *Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee for Harborview Mortgage Loan Trust2005-12, Mortgage Loan Pass-Through Certificates, Series 2005-12* |
| | | | | 5/31/2022 |
| | | Party represented: | cr | *U.S. Bank National Association* |
| 13 | amc | 22-11416-amc | Cynthia E. Culbreath | 6/1/2022 |
| | | Party represented: | cr | *Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Tr* |
| 13 | pmm | 22-11443-pmm | Sean Scott | 6/3/2022 |
| | | Party represented: | cr | *NATIONSTAR MORTGAGE LLC* |
| 13 | pmm | 22-11511-pmm | Damon A. Allen | 6/10/2022 |
| | | Party represented: | cr | *JPMorgan Chase Bank, National Association* |
| 13 | mdc | 22-11559-mdc | Kimberley A. Morris | 6/15/2022 |
| | | Party represented: | cr | *Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F* |
| 13 | pmm | 22-11590-pmm | Vincent Arrabito, Jr. | 6/17/2022 |
| | | Party represented: | cr | *NATIONSTAR MORTGAGE LLC* |
| 13 | amc | 22-11606-amc | Rodney Marshall | 6/21/2022 |
| | | Party represented: | cr | *Freedom Credit Union* |
| 13 | pmm | 22-11635-pmm | Jennifer Ann Schmidt | 6/23/2022 |

| 13 | pmm | 22-11645-pmm | Todd Andrew Dalrymple, Jr. | 6/23/2022 |
| | | *Party represented:* | *cr* | *Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F* |
| 13 | amc | 22-11709-amc | Mark Anthony Sabo | 6/29/2022 |
| | | *Party represented:* | *cr* | *JPMORGAN CHASE BANK, NATIONAL ASSOCIATION* |
| 13 | amc | 22-11739-amc | Abdul B. Madyun | 6/30/2022 |
| | | *Party represented:* | *cr* | *Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association), not in its individual* |
| 13 | pmm | 22-11741-pmm | Kendra Boykin | 7/1/2022 |
| | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC. enote vesting-- Nationstar Mortgage LLC* |
| 13 | pmm | 22-11772-pmm | Brendan Patrick McMahon | 7/6/2022 |
| | | *Party represented:* | *cr* | *Jp MORGAN CHASE BANK, NATIONAL ASSOCIATION* |
| 13 | pmm | 22-11790-pmm | William Joseph Kratzer | 7/7/2022 |
| | | *Party represented:* | *cr* | *JPMorgan Chase Bank, National Association* |
| 13 | pmm | 22-11912-pmm | Timothy Squier Ward and Lindsey Nicole Ward | 7/22/2022 |
| | | *Party represented:* | *cr* | *Lakeview Loan Servicing, LLC* |
| | | | | 7/22/2022 |
| | | *Party represented:* | *cr* | *Nationstar Mortgage LLC as Servicer for Lakeview Loan Servicing, LLC* |
| 13 | mdc | 22-11936-mdc | Brian Cross | 7/26/2022 |
| | | *Party represented:* | *cr* | *AMERICAN HERITAGE FCu* |
| 13 | mdc | 22-12000-mdc | Latisha Zenobia Johnson | 7/31/2022 |
| | | *Party represented:* | *cr* | *BANK United N.A.* |

| 13 | pmm | 22-12026-pmm | Michael Suasnovar | | |
| | | | *Party represented:* | *cr* | *Legacy Mortgage Asset Trust 2020-GS5* |
| 13 | amc | 22-12041-amc | Vladimir Albert | 8/4/2022 | |
| | | | *Party represented:* | *cr* | *JPMorgan Chase Bank, National Association* |
| 13 | amc | 22-12054-amc | Justice Takyi-Buachie | 8/5/2022 | |
| | | | *Party represented:* | *cr* | *Deutsche Bank National Trust Company, as Trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2007-CH4 Asset Backed Pass-Through Certificates, Series 2007-CH4* |
| 13 | pmm | 22-12119-pmm | Elvin Perez Santiago | 8/12/2022 | |
| | | | *Party represented:* | *cr* | *NATIONSTAR MORTGAGE LLC* |
| 13 | pmm | 22-12138-pmm | Cynthia Lambert | 8/15/2022 | |
| | | | *Party represented:* | *cr* | *Reverse Mortgage Funding LLC* |
| 13 | pmm | 22-12243-pmm | James Andrews | 8/26/2022 | |
| | | | *Party represented:* | *cr* | *Broker Solutions Inc. dba New American Funding* |
| 13 | mdc | 22-12284-mdc | Kelvin A Lashley | 8/31/2022 | |
| | | | *Party represented:* | *cr* | *Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Tr* |
| | | | | 8/31/2022 | |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC as servicer for Federal Home Loan Mortgage Corporation, as trustee for Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2017-2, as owner of the Related Mortgage Loan* |
| 13 | amc | 22-12328-amc | Theresa A. Holland | 9/4/2022 | |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC* |
| | | | | 9/4/2022 | |
| | | | *Party represented:* | *cr* | *Rushmore Loan Management Services LLC* |
| 13 | pmm | 22-12372-pmm | Kathleen A. Sweeney | 9/8/2022 | |
| | | | *Party represented:* | *cr* | *DLJ Mortgage Capital, Inc.* |

| | | | | |
|---|---|---|---|---|
| 13 | amc | 22-12392-amc | Donald J Lowry, Jr. | 9/12/2022 |
| | | | *Party represented:*     *cr* | *U.S. Bank, National Association, as trustee for the benefit of the Certificateholders of ABN AMRO Mo* |
| 13 | mdc | 22-12409-mdc | Catalina Ottinger-Ovens | 9/12/2022 |
| | | | *Party represented:*     *cr* | *Pingora Loan Servicing, LLC* |
| 13 | amc | 22-12413-amc | Jennifer Scarborough | 9/12/2022 |
| | | | *Party represented:*     *cr* | *Nationstar Mortgage LLC* |
| 13 | mdc | 22-12425-mdc | Yolanda A Johnson | 9/12/2022 |
| | | | *Party represented:*     *cr* | *BankUnited N.A.* |
| | | | | 9/12/2022 |
| | | | *Party represented:*     *cr* | *Carrington Mortgage Services, LLC* |
| 13 | mdc | 22-12450-mdc | Shariff J O&#039;Grady | 9/14/2022 |
| | | | *Party represented:*     *cr* | *The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but s* |
| 13 | mdc | 22-12544-mdc | Edward Rudolph and Melanie Rudolph | 9/22/2022 |
| | | | *Party represented:*     *cr* | *Nationstar Mortgage LLC* |
| 13 | mdc | 22-12569-mdc | Gabrielle Howard | 9/23/2022 |
| | | | *Party represented:*     *cr* | *JPMorgan Chase Bank, National Association,* |
| 13 | amc | 22-12573-amc | Rosemary Blair | 9/25/2022 |
| | | | *Party represented:*     *cr* | *Reverse Mortgage Funding LLC* |
| 13 | mdc | 22-12579-mdc | Kayla Gibson | 9/26/2022 |
| | | | *Party represented:*     *cr* | *CARRINGTON MORTGAGE SERVICES, LLc* |
| 13 | amc | 22-12610-amc | Jonathan Brighton | 9/29/2022 |
| | | | *Party represented:*     *cr* | *Nationstar Mortgage LLC* |

| | | | | |
|---|---|---|---|---|
| 13 | pmm | 22-12684-pmm | Saint... | |
| | | | *Party represented:* | *cr* |
| | | | | *Lakeview Loan Servicing, LLC* |
| 7 | amc | 22-12876-amc | William L. Harper, Jr. | |
| | | | | 10/26/2022 |
| | | | *Party represented:* | *cr* |
| | | | | *Nationstar Mortgage LLC* |
| 13 | mdc | 22-12912-mdc | Lakeisha Horne | |
| | | | | 10/30/2022 |
| | | | *Party represented:* | *cr* |
| | | | | *Lakeview Loan Servicing, LLC* |
| 13 | pmm | 22-13033-pmm | Jay Antonio Ros and Amy Marie Matos-Ros | |
| | | | | 11/10/2022 |
| | | | *Party represented:* | *cr* |
| | | | | *Broker Solutions Inc. dba New American Funding* |
| 13 | pmm | 22-13076-pmm | Kathleen Louise Harper | |
| | | | | 11/16/2022 |
| | | | *Party represented:* | *cr* |
| | | | | *JPMorgan Chase Bank, National Association* |
| 13 | amc | 22-13098-amc | Garwee K.M. Tutu | |
| | | | | 11/18/2022 |
| | | | *Party represented:* | *cr* |
| | | | | *Wells Fargo Bank, N.A. successor by merger to Wells Fargo Bank Minnesota, N.A. for Reperforming Loan REMIC Trust Certificates, Series 2003-R2* |
| 13 | amc | 22-13150-amc | Scott C Macainsh and Deborah A Macainsh | |
| | | | | 11/28/2022 |
| | | | *Party represented:* | *cr* |
| | | | | *U.S. Bank National Association, as Trustee MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTG* |
| 13 | pmm | 22-13158-pmm | Anthony T. James | |
| | | | | 11/28/2022 |
| | | | *Party represented:* | *cr* |
| | | | | *Specialized Loan Servicing LLC* |
| 13 | mdc | 22-13185-mdc | Srinivasa Murthy Gopaluni and Saraswati Ganapavarapu | |
| | | | | 11/29/2022 |
| | | | *Party represented:* | *cr* |
| | | | | *Nationstar Mortgage LLC* |
| 13 | amc | 22-13228-amc | Chanel R. Drayton | |
| | | | | 12/1/2022 |
| | | | | *Nationstar Mortgage LLC* |
| | | | | 12/1/2022 |
| | | | *Party represented:* | *cr* |
| | | | | *THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for the CWMBS Reperforming Loan RE* |

| 13 | pmm | 22-13297-pmm | Max Hostetler | | |
| | | | Party represented: | cr | *Lakeview Loan Servicing, LLC* |
| 13 | mdc | 22-13459-mdc | Jason Dicampello and Ann M. DiCampello | | 12/30/2022 |
| | | | Party represented: | cr | *Nationstar Mortgage LLC* |
| 13 | pmm | 22-13471-pmm | Brandon Scott Martin | | 12/30/2022 |
| | | | Party represented: | cr | *Broker Solutions Inc. dba New American Funding* |
| | pmm | 23-00034-pmm | Parker v. Nationstar Mortgage LLC | | 4/27/2023 |
| | | | Party represented: | dft | *Nationstar Mortgage LLC* |
| 13 | mdc | 23-10042-mdc | Joseph Anthony Grande, Jr. and Julie Judith Grande | | 1/8/2023 |
| | | | Party represented: | cr | *Compu-Link Corporation d/b/a Celink as servicer for Longbridge Financial, LLC* |
| | | | | | 1/8/2023 |
| | | | Party represented: | cr | *Longbridge Financial, LLC* |
| 13 | mdc | 23-10066-mdc | Donald R Greenwood, Jr. | | 1/10/2023 |
| | | | Party represented: | cr | *Specialized Loan Servicing LLC* |
| 13 | amc | 23-10115-amc | Wineska Marin | | 1/17/2023 |
| | | | Party represented: | cr | *Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC* |
| 13 | pmm | 23-10149-pmm | Richard Earl Bohner | | 1/18/2023 |
| | | | Party represented: | cr | *New Residential Mortgage Loan Trust 2014-3* |
| 13 | pmm | 23-10181-pmm | Fombah Teh Sirleaf | | 1/20/2023 |
| | | | Party represented: | cr | *Magnolia Mortgage Trust* |
| 13 | pmm | 23-10204-pmm | Michael James Holub, Jr. | | 1/23/2023 |
| | | | Party represented: | cr | *American Advisors Group* |

| 13 | mdc | 23-10222-mdc | John C. Little | | |
| | | | *Party represented:* | *cr* | *BankUnited N.A.* |
| 13 | mdc | 23-10267-mdc | Christopher L. Rivera | | |
| | | | | | 1/30/2023 |
| | | | *Party represented:* | *cr* | *Broker Solutions Inc. dba New American Funding* |
| | | | | | 1/30/2023 |
| | | | *Party represented:* | *cr* | *New American Funding, LLC FKA Broker Solutions Inc, DBA New American Funding* |
| 13 | amc | 23-10291-amc | Jamar Matthews and Theresa Elaine Gundy | | |
| | | | | | 1/31/2023 |
| | | | *Party represented:* | *cr* | *JPMorgan Chase Bank, National Association* |
| 13 | pmm | 23-10328-pmm | Jarred E. Fox | | |
| | | | | | 2/3/2023 |
| | | | *Party represented:* | *cr* | *Broker Solutions Inc. dba New American Funding* |
| 13 | amc | 23-10337-amc | Andre T. Morris | | |
| | | | | | 2/6/2023 |
| | | | *Party represented:* | *cr* | *Bank of America, N.A* |
| 13 | amc | 23-10359-amc | Denise M. Mastropietro | | |
| | | | | | 2/7/2023 |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC* |
| 13 | amc | 23-10401-amc | Darren Hector | | |
| | | | | | 2/10/2023 |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC* |
| 13 | mdc | 23-10480-mdc | Margo K Washington | | |
| | | | | | 2/17/2023 |
| | | | *Party represented:* | *cr* | *Carrington Mortgage Services, LLC* |
| 13 | pmm | 23-10488-pmm | Crescent Naima Parker | | |
| | | | | | 2/20/2023 |
| | | | *Party represented:* | *cr* | *Nationstar Mortgage LLC* |
| 13 | pmm | 23-10521-pmm | John Robert Tate | | |
| | | | | | 2/23/2023 |
| | | | *Party represented:* | *cr* | *Finance of America Reverse LLC* |
| 13 | mdc | 23-10551-mdc | Plavilayil Somarajan | | |
| | | | | | 2/27/2023 |

| 13 | mdc | 23-10635-mdc | Gary David Knox, Sr. and Kathleen M. Knox | |
|----|-----|--------------|------------------------------------------|--|
| | | | *Party represented:*               *cr* | 3/3/2023<br>*Nationstar Mortgage LLC* |
| 13 | mdc | 23-10660-mdc | Terence M Poulton and Shannon M. Poulton | |
| | | | *Party represented:*               *cr* | 3/7/2023<br>*Specialized Loan Servicing LLC* |
| 13 | pmm | 23-10681-pmm | Thomas B. Lasher, III | |
| | | | *Party represented:*               *cr* | 3/9/2023<br>*Carrington Mortgage Services, LLC* |
| 13 | amc | 23-10682-amc | Charles H Prem | |
| | | | *Party represented:*               *cr* | 3/9/2023<br>*Andrews Federal Credit Union* |
| 13 | amc | 23-10729-amc | Doug Wilfert | |
| | | | *Party represented:*               *cr* | 3/14/2023<br>*JPMorgan Chase Bank, National Association* |
| 13 | amc | 23-10787-amc | Mary Lee Trautman | |
| | | | *Party represented:*               *cr* | 3/17/2023<br>*New American Funding, LLC* |
| 13 | pmm | 23-10833-pmm | Janice K. Rigg | |
| | | | *Party represented:*               *cr* | 3/23/2023<br>*Carrington Mortgage Services, LLC* |
| 13 | amc | 23-10839-amc | Michael D. Burns and Tammy Burns | |
| | | | *Party represented:*               *cr* | 3/24/2023<br>*BankUnited N.A.* |
| 13 | pmm | 23-10844-pmm | Michael J. Adams | |
| | | | *Party represented:*               *cr* | 3/24/2023<br>*Lakeview Loan Servicing, LLC enote vesting-- Nationstar Mortgage LLC* |
| 13 | amc | 23-10913-amc | Robert S. Weller and Rebecca Lynn Weller | |
| | | | *Party represented:*               *cr* | 3/29/2023<br>*Carrington Mortgage Services, LLC* |
| 13 | mdc | 23-10931-mdc | Renee A. Waites | |
| | | | *Party represented:*               *cr* | 3/30/2023<br>*PNC Bank, National Association* |

| 13 | pmm | 23-10948-pmm | Enrico Santos and Mari Joyce Santos | |
| | | | *Party represented:* *cr* | *Nationstar Mortgage LLC* |
| 13 | pmm | 23-11085-pmm | Shawn P. Gordon and Christine N. Gordon | 4/14/2023 |
| | | | *Party represented:* *cr* | *Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust F* |
| 13 | pmm | 23-11119-pmm | Jeffrey Dudash | 4/18/2023 |
| | | | *Party represented:* *cr* | *Nationstar Mortgage LLC* |
| 13 | amc | 23-11138-amc | Robert A. Francks | 4/20/2023 |
| | | | *Party represented:* *cr* | *GS Mortgage-Backed Securities Trust 2021-RPL1* |
| 13 | amc | 23-11182-amc | Brian Lyons | 4/25/2023 |
| | | | *Party represented:* *cr* | *Ardent Credit Union* |
| 13 | pmm | 23-11250-pmm | Evangelina Aguilar-Robles | 4/28/2023 |
| | | | *Party represented:* *cr* | *Lakeview Loan Servicing, LLC* |
| 13 | pmm | 23-11341-pmm | Cody Helm | 5/8/2023 |
| | | | *Party represented:* *cr* | *New American Funding, LLC* |
| 13 | amc | 23-11381-amc | Michael J. Villella | 5/11/2023 |
| | | | *Party represented:* *cr* | *Lakeview Loan Servicing, LLC* |
| 13 | amc | 23-11458-amc | Kevin Bell | 5/18/2023 |
| | | | *Party represented:* *cr* | *Lakeview Loan Servicing, LLC* |
| 13 | pmm | 23-11521-pmm | Timothy Steven Bolles | 5/24/2023 |
| | | | *Party represented:* *cr* | *Nationstar Mortgage LLC* |
| 13 | mdc | 23-11524-mdc | Deborah M. Sabatino | 5/24/2023 |
| | | | *Party represented:* *cr* | *American Heritage Fcu* |

| 13 | amc | 23-11533-amc | Michael Holl | | |
| | | *Party represented:* | *cr* | | *U.S. Bank National Association, as Trustee, on behalf of the COLT 2020-2 Mortgage Loan Trust, a New* |
| 13 | pmm | 23-11636-pmm | Albert James Freed | 6/1/2023 | |
| | | *Party represented:* | *cr* | | *Nationstar Mortgage LLC* |
| 13 | amc | 23-11653-amc | William Seltner | 6/5/2023 | |
| | | *Party represented:* | *cr* | | *Regions Mortgage* |