United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 19-13879-pmm

Thomas E. Reitnauer                                                             Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 18, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

**Recip ID**          **Recipient Name and Address**
14733162          +  Metropolitan Life, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2023                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:

**Name**                          **Email Address**

BRIAN CRAIG NICHOLAS
                                  on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY bnicholas@kmllawgroup.com
                                  bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
                                  on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY cwohlrab@ecf.courtdrive.com

CHRISTOPHER A. DENARDO
                                  on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY logsecf@logs.com

JOSEPH L QUINN
                                  on behalf of Debtor Thomas E. Reitnauer CourtNotices@rqplaw.com

SCOTT F. WATERMAN [Chapter 13]
                                  ECFMail@ReadingCh13.com

Scott F Waterman
                                  on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

District/off: 0313-4                          User: admin                                Page 2 of 2

Date Rcvd: Jul 18, 2023                       Form ID: trc                               Total Noticed: 1

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-13879-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas E. Reitnauer
112 N. Mill Street
Birdsboro PA 19508

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case
by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of
Claim Other than for Security in the clerk's office of this court on 07/18/2023.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Metropolitan Life, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania  60015 | Metropolitan Life Insurance Company<br>c/o Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0675 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court
within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the
court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/20/23

Tim McGrath
**CLERK OF THE COURT**