Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-13879-PMM**

THOMAS E. REITNAUER  
112 N. MILL STREET  
BIRDSBORO  PA    19508

Petition Filed Date: 06/17/2019  
341 Hearing Date: 08/20/2019  
Confirmation Date: 12/12/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $397.12 | 1815949989 | 09/20/2022 | $397.12 | 1815950592 | 10/25/2022 | $397.12 | 1815950925 |
| 12/22/2022 | $397.12 | 1815952329 | 01/23/2023 | $397.12 | 1815952851 | 02/14/2023 | $397.12 | 1815953418 |
| 04/11/2023 | $397.12 | 1815954507 | 06/12/2023 | $397.12 | 1871736813 | 07/05/2023 | $397.12 | 1871737686 |

**Total Receipts for the Period: $3,574.08    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $14,504.32**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,775.00 | $3,775.00 | $0.00 |
| 1 | SHELLPOINT MORTGAGE SERVICING »» 001 | Mortgage Arrears | $11,247.69 | $9,129.69 | $2,118.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,504.32 | Current Monthly Payment: | $288.00 |
| Paid to Claims: | $12,904.69 | Arrearages: | ($932.32) |
| Paid to Trustee: | $1,238.25 | Total Plan Base: | $16,740.00 |
| Funds on Hand: | $361.38 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.