United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-13879-pmm

Thomas E. Reitnauer     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Aug 20, 2024     Form ID: 206     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas E. Reitnauer, 112 N. Mill Street, Birdsboro, PA 19508-2026 |
| 14343199 | + | Apex Community Fcu, 540 Old Redding Pike, Stowe, PA 19464-3732 |
| 14351166 | + | Bayview Loan Servicing, METROPOLITAN LIFE INSURANCE COMPANY, C/O REBECCA ANN SOLARZ, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14733162 | + | Metropolitan Life, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 14416549 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14343200 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 20 2024 23:17:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, Coral Gables, FL 33146-1837 |
| 14343202 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 20 2024 23:18:00 | Credit Collections, Po Box 607, Norwood, MA 02062-0607 |
| 14343203 | ^ | MEBN | Aug 20 2024 23:16:23 | KML Law Group, Suite 6000 BNY Mellon Ind. Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14343204 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2024 23:26:25 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14856419 | + | Email/Text: BankruptcyECFMail@mccalla.com | Aug 20 2024 23:17:00 | Metropolitan Life Insurance Co, C/O Maria Tsagaris, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 14553575 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 20 2024 23:17:00 | Metropolitan Life Insurance Company, c/o Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1837 |
| 14379285 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 20 2024 23:17:00 | Metropolitan Life Insurance Company, c/o Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1837 |
| 14799665 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 20 2024 23:17:00 | Metropolitan Life Insurance Company, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14856078 | + | Email/Text: BankruptcyECFMail@mccalla.com | Aug 20 2024 23:17:00 | Metropolitan Life Insurance Company, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |

TOTAL: 9

# BYPASSED RECIPIENTS

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 20, 2024 | Form ID: 206 | Total Noticed: 14

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Metropolitan Life Insurance Company |
| 14343201 | | Beverly Reitnauer, Unknown |
| cr | *+ | Metropolitan Life Insurance Company, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2024                Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY logsecf@logs.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Thomas E. Reitnauer CourtNotices@rqplaw.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY mimcgowan@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Thomas E. Reitnauer                                    Case No: 19−13879−pmm

    Debtor(s)

_____

NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☐ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

☒ Debtor has a prior discharge and is not eligible for a discharge in this case.


                                                                                                 For The Court

Dated: 8/20/24                                                        Timothy B. McGrath
                                                                               Clerk of Court