**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  : Chapter 7
Thomas E. Reitnauer
aka Thomas Eugene Reitnauer
 : Case No. 19-13879-pmm

    Debtor(s)

**AMENDED ORDER**
_____

AND NOW, this day , September 6, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed, without the entry of an order of discharge.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

*This order amends order dated  August 20, 2024 at doc.#64 (Form 225)

39 – 38
Form 195